# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-3063
_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth L. Moore

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: February 17, 2026
Filed: February 20, 2026
[Unpublished]

_____

Before LOKEN, SMITH, and GRASZ, Circuit Judges.

_____

PER CURIAM.

Kenneth Moore appeals the sentence the district court[1] imposed after he pleaded guilty to being a felon in possession of a firearm pursuant to a written plea

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

agreement containing a limited appeal waiver. His counsel has moved for leave to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the term of supervised release as substantively unreasonable.

After careful review, we conclude the district court did not abuse its discretion in sentencing Moore. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (standard of review); <u>see also</u> <u>United States v. Adams</u>, 12 F.4th 883, 889 (8th Cir. 2021) (term of supervised release is part of sentence); <u>United States v. Callaway</u>, 762 F.3d 754, 760 (8th Cir. 2014) (on appeal, within-Guidelines-range sentence may be presumed reasonable). Further, having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw and affirm.

_____